```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| ADAM GUTIN, MITCHELL GUTIN, and MARGO GUTIN, | : : : : |
| Plaintiffs, | : HONORABLE JOSEPH E. IRENAS<br>: CIVIL ACTION NO. 04-1947 |
| v. | : **ORDER GRANTING DEFENDANT'S**<br>: **"MOTION FOR SUMMARY JUDGMENT /** |
| WASHINGTON TOWNSHIP BOARD OF EDUCATION, | : **RECONSIDERATION"**<br>:         **(Docket # 22)** |
| Defendant. | : : |

**APPEARANCES:**

LAW OFFICE OF CHRISTOPHER MANGANELLO
By:  Christopher M. Manganello, Esq.
18 Pitman Avenue, Suite 104
Pitman, New Jersey 08071
          Counsel for Plaintiffs

CAPEHART & SCATCHARD, P.A.
By:  Micahel E. Heston, Esq.
Laurel Corporate Center, Suite 300
Mount Laurel, New Jersey 08054
          Counsel for Defendant

**IRENAS**, Senior District Judge:

     This matter having appeared before the Court on Defendant Washington Township Board of Education's "Motion for Summary Judgment / Reconsideration," the Court having considered the submissions of the parties, and for the reasons set forth in an Opinion issued by this Court on even date herewith, which findings of fact and conclusions of law are incorporated herein by reference, and for good cause appearing;

**IT IS** on this 23rd day of July, 2007,

**ORDERED THAT:**

1. Defendant's Motion is hereby **GRANTED** in its entirety.

2. The Court hereby declines to exercise supplemental jurisdiction over the remaining state law claims.

3. The Clerk of Court is hereby directed to close this file.

                                              s/ Joseph E. Irenas
                                        Joseph E. Irenas, S.U.S.D.J.